**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

DARIUS EAST,

  Plaintiff,

v.

CASE NO.: 3:19-CV-1398-RV/EMT

DISCOVER PRODUCTS, INC.,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, Darius East, and the Defendant, Discover Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 12th day of August, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jacqueline A. Simms-Petredis* |
| Octavio Gomez, Esquire | Jacqueline A. Simms-Petredis, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 0906751 |
| Morgan & Morgan Tampa, P.A. | Burr & Forman LLP |
| 201 N. Franklin Street, Suite 700 | 201 N. Franklin Street, Suite 3200 |
| Tampa, Florida 33602 | Tampa, Florida 33602 |
| Telephone: (813) 223-5505 | Telephone: (813) 221-2626 |
| Facsimile: (813) 222-4797 | Facsimile: (813) 357-3534 |
| Email: TGomez@ForThePeople.com | Primary Email: jsimms-petredis@burr.com |
| Email: LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |